# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Nadia Darbouze<br>　　　　　　　Debtor | CHAPTER 13 |
| Wells Fargo Bank, NA as Trustee for Wamu Mortgage Pass through Certificates Series 2005-PR2 Trust<br>　　　　　　　Movant<br>　　vs.<br>Nadia Darbouze<br>　　　　　　　Debtor<br>William C. Miller Esq.<br>　　　　　　　Trustee | NO. 13-19415 ELF<br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this          day of                   , 2017 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under 11 U.S.C. Section 362, is modified with respect to the subject premises located at 267 B Shawmont Avenue, Philadelphia, PA 19128 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

Nadia Darbouze
267 B Shawmont Ave
Philadelphia, PA 19128

Georgette Miller Esq.
335 Evesham Avenue (VIA ECF)
Lawnside, NJ 08045

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532