# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 13-19415-elf** |
| **Nadia Darbouze** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **June 27, 2017 at 09:30 a.m.** |
| | : | _____ |
| **Nadia Darbouze** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street** |
| **William C. Miller, Trustee** | : | **Philadelphia, PA, 19107** |
| **Respondents.** | : | |

## ORDER OF COURT

AND NOW, this  28th  day of         June        , 20 17 , upon consideration of the Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A. ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of Wells Fargo Bank, N.A. in and to the Real Property of Debtor located at 5942 North 10th Street, Philadelphia, PA 19141 and more particularly described in the Mortgage, recorded April 20, 2004, at Instrument Number 50908164.

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

**Order entered by default.**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

15-024735_DCA