United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-19415-elf
Nadia Darbouze                                                      Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi          Page 1 of 2          Date Rcvd: Jun 29, 2017
                             Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2017.
db            +Nadia Darbouze,   267 B Shawmont Ave,   Philadelphia, PA 19128-4208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2017 at the address(es) listed below:
              ANDREW  SPIVACK   on behalf of Creditor   PHH Mortgage Corporation, Et al. paeb@fedphe.com
              ANDREW  SPIVACK   on behalf of Creditor   PHH Mortgage Corporation paeb@fedphe.com
              D. TROY SELLARS   on behalf of Creditor   PHH Mortgage Corporation f/k/a Coldwell Banker Mortgage
               D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS   on behalf of Creditor   PHH MORTGAGE CORPORATION D/B/A COLDWELL BANKER MORTGAGE
               D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS   on behalf of Creditor   PHH Mortgage Corporation D.Troy.Sellars@usdoj.gov
              ELLIOT H BERTON   on behalf of Creditor   Green Tree Run Condominium Association
               eberton@suglaw.com
              ELLIOT H BERTON   on behalf of Plaintiff   Green Tree Run Condominium One Association
               eberton@suglaw.com
              ELLIOT H BERTON   on behalf of Defendant   Green Tree Run Condominium eberton@suglaw.com
              ELLIOT H BERTON   on behalf of Counter-Defendant   Green Tree Run Condominium One Association
               eberton@suglaw.com
              GEORGETTE  MILLER   on behalf of Defendant Nadia  Darbouze info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              GEORGETTE  MILLER   on behalf of Plaintiff Nadia  Darbouze info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              GEORGETTE  MILLER   on behalf of Debtor Nadia  Darbouze info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              JEROME B. BLANK   on behalf of Creditor   PHH Mortgage Corporation, Et al. paeb@fedphe.com
              JEROME B. BLANK   on behalf of Creditor   PHH MORTGAGE CORPORATION D/B/A COLDWELL BANKER MORTGAGE
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE   on behalf of Creditor   PHH Mortgage Corporation paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Wells Fargo Bank, NA as Trustee for Wamu Mortgage
               Pass through Certificates Series 2005-PR2 Trust bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              KARINA  VELTER   on behalf of Creditor   Wells Fargo Bank, NA amps@manleydeas.com
              KIMBERLY A. BONNER   on behalf of Creditor   Wells Fargo Bank, NA amps@manleydeas.com
              MICHELE L. WECKERLY   on behalf of Counter-Defendant   Green Tree Run Condominium One Association
               MWeckerly@srstlaw.com
              PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              RONALD LEE DAUGHERTY   on behalf of Counter-Defendant   Green Tree Run Condominium One
               Association rdaugherty@srstlaw.com
              THOMAS I. PULEO   on behalf of Creditor   Wells Fargo Bank, NA as Trustee for Wamu Mortgage Pass
               through Certificates Series 2005-PR2 Trust tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com

District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Jun 29, 2017
                             Form ID: pdf900           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 25

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Nadia Darbouze<br><br>                          Debtor | CHAPTER 13 |
| Wells Fargo Bank, NA as Trustee for Wamu Mortgage<br>Pass through Certificates Series 2005-PR2 Trust<br>                          Movant<br>              vs. | NO. 13-19415 ELF |
| Nadia Darbouze<br>                          Debtor | |
| William C. Miller Esq.<br>                          Trustee | 11 U.S.C. Sections 362 and 1301 |

### ORDER

AND NOW, this        day of                , 2017 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under 11 U.S.C. Section 362, is modified with respect to the subject premises located at 267 B Shawmont Avenue, Philadelphia, PA 19128 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

Nadia Darbouze
267 B Shawmont Ave
Philadelphia, PA 19128

Georgette Miller Esq.
335 Evesham Avenue (VIA ECF)
Lawnside, NJ 08045

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532