United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-19415-elf
Nadia Darbouze                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi           Page 1 of 2              Date Rcvd: Jun 29, 2017
                       Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2017.
db             +Nadia Darbouze,    267 B Shawmont Ave,    Philadelphia, PA 19128-4208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2017 at the address(es) listed below:
      ANDREW   SPIVACK    on behalf of Creditor    PHH Mortgage Corporation, Et al. paeb@fedphe.com
      ANDREW   SPIVACK    on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com
      D. TROY SELLARS    on behalf of Creditor    PHH Mortgage Corporation f/k/a Coldwell Banker Mortgage
       D.Troy.Sellars@usdoj.gov
      D. TROY SELLARS    on behalf of Creditor    PHH MORTGAGE CORPORATION D/B/A COLDWELL BANKER MORTGAGE
       D.Troy.Sellars@usdoj.gov
      D. TROY SELLARS    on behalf of Creditor    PHH Mortgage Corporation D.Troy.Sellars@usdoj.gov
      ELLIOT H BERTON    on behalf of Creditor    Green Tree Run Condominium Association
       eberton@suglaw.com
      ELLIOT H BERTON    on behalf of Plaintiff    Green Tree Run Condominium One Association
       eberton@suglaw.com
      ELLIOT H BERTON    on behalf of Defendant    Green Tree Run Condominium eberton@suglaw.com
      ELLIOT H BERTON    on behalf of Counter-Defendant    Green Tree Run Condominium One Association
       eberton@suglaw.com
      GEORGETTE   MILLER    on behalf of Defendant Nadia  Darbouze info@georgettemillerlaw.com,
       georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
       rlaw.com;r50524@notify.bestcase.com
      GEORGETTE   MILLER    on behalf of Plaintiff Nadia  Darbouze info@georgettemillerlaw.com,
       georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
       rlaw.com;r50524@notify.bestcase.com
      GEORGETTE   MILLER    on behalf of Debtor Nadia  Darbouze info@georgettemillerlaw.com,
       georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
       rlaw.com;r50524@notify.bestcase.com
      JEROME B. BLANK    on behalf of Creditor    PHH Mortgage Corporation, Et al. paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    PHH MORTGAGE CORPORATION D/B/A COLDWELL BANKER MORTGAGE
       paeb@fedphe.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, NA as Trustee for Wamu Mortgage
       Pass through Certificates Series 2005-PR2 Trust bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
      KARINA   VELTER    on behalf of Creditor    Wells Fargo Bank, NA amps@manleydeas.com
      KIMBERLY A. BONNER    on behalf of Creditor    Wells Fargo Bank, NA amps@manleydeas.com
      MICHELE L. WECKERLY    on behalf of Counter-Defendant    Green Tree Run Condominium One Association
       MWeckerly@srstlaw.com
      PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
       james.feighan@phila.gov
      RONALD LEE DAUGHERTY    on behalf of Counter-Defendant    Green Tree Run Condominium One
       Association rdaugherty@srstlaw.com
      THOMAS I. PULEO    on behalf of Creditor    Wells Fargo Bank, NA as Trustee for Wamu Mortgage Pass
       through Certificates Series 2005-PR2 Trust tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com

```
District/off: 0313-2          User: Randi                Page 2 of 2               Date Rcvd: Jun 29, 2017
                              Form ID: pdf900            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                TOTAL: 25

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 13-19415-elf** |
| Nadia Darbouze | : | Chapter 13 |
| | : | Judge Eric L. Frank |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| Wells Fargo Bank, N.A. | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| vs | : | June 27, 2017 at 09:30 a.m. |
| | : | _____ |
| Nadia Darbouze | : | U.S. Bankruptcy Court |
| | : | 900 Market Street |
| William C. Miller, Trustee | : | Philadelphia, PA, 19107 |
| **Respondents.** | : | |

## ORDER OF COURT

AND NOW, this  28th  day of  June , 20 17 , upon consideration of the Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A. ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of Wells Fargo Bank, N.A. in and to the Real Property of Debtor located at 5942 North 10th Street, Philadelphia, PA 19141 and more particularly described in the Mortgage, recorded April 20, 2004, at Instrument Number 50908164.

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

**Order entered by default.**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

15-024735_DCA