United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-19415-elf
Nadia Darbouze                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi           Page 1 of 2              Date Rcvd: Sep 06, 2017
                        Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2017.
db            +Nadia Darbouze,    267 B Shawmont Ave,    Philadelphia, PA 19128-4208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    PHH Mortgage Corporation, Et al. paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com
              D. TROY SELLARS    on behalf of Creditor    PHH Mortgage Corporation f/k/a Coldwell Banker Mortgage
               D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Creditor    PHH MORTGAGE CORPORATION D/B/A COLDWELL BANKER MORTGAGE
               D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Creditor    PHH Mortgage Corporation D.Troy.Sellars@usdoj.gov
              ELLIOT H BERTON    on behalf of Creditor    Green Tree Run Condominium Association
               eberton@suglaw.com
              ELLIOT H BERTON    on behalf of Plaintiff    Green Tree Run Condominium One Association
               eberton@suglaw.com
              ELLIOT H BERTON    on behalf of Defendant    Green Tree Run Condominium eberton@suglaw.com
              ELLIOT H BERTON    on behalf of Counter-Defendant    Green Tree Run Condominium One Association
               eberton@suglaw.com
              GEORGETTE  MILLER    on behalf of Defendant Nadia  Darbouze info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              GEORGETTE  MILLER    on behalf of Plaintiff Nadia  Darbouze info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              GEORGETTE  MILLER    on behalf of Debtor Nadia  Darbouze info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor    PHH Mortgage Corporation, Et al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    PHH MORTGAGE CORPORATION D/B/A COLDWELL BANKER MORTGAGE
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, NA as Trustee for Wamu Mortgage
               Pass through Certificates Series 2005-PR2 Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KARINA  VELTER    on behalf of Creditor    Wells Fargo Bank, NA amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    Wells Fargo Bank, NA amps@manleydeas.com
              MICHELE L. WECKERLY    on behalf of Counter-Defendant    Green Tree Run Condominium One Association
               MWeckerly@srstlaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              RONALD LEE DAUGHERTY    on behalf of Counter-Defendant    Green Tree Run Condominium One
               Association rdaugherty@srstlaw.com
              THOMAS I. PULEO    on behalf of Creditor    Wells Fargo Bank, NA as Trustee for Wamu Mortgage Pass
               through Certificates Series 2005-PR2 Trust tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com

```
District/off: 0313-2                  User: Randi                    Page 2 of 2                   Date Rcvd: Sep 06, 2017
                                      Form ID: pdf900                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                                 TOTAL: 25

Case 13-19415-elf    Doc 131    Filed 09/08/17    Entered 09/09/17 01:20:17    Desc
Imaged Certificate of Notice    Page 2 of 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| NADIA DARBOUZE, | : | |
| Debtor | : | Bky. No. 13-19415 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #126 ) is **APPROVED**.

**Date: September 6, 2017**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**