**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Nadia Darbouze | :  **CHAPTER 13** |
| | : |
| **Debtors,** | :  **CASE NO. 13-19415** |

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Supplemental Fee Application on September 7, 2017, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtors Attorney's  Supplemental Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.

Dated: September 27, 2017                    /s/ Georgette Miller
                                             Georgette Miller

                                             Law Offices of Georgette Miller
                                             Esq., P.C
                                             335 Evesham Avenue
                                             Lawnside, NJ 08045
                                             856-323-1100
                                             Bar I.D. 86358
                                             Attorney for Debtor