IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: NADIA DARBOUZE<br>**Debtor(s)** | CHAPTER 13 |
| AMERICAN HONDA FINANCE CORPORATION<br>**Moving Party** | CASE NO. 13-19415 (ELF)<br>HEARING DATE: **10-10-17 at 9:30 AM** |
| v.<br>NADIA DARBOUZE<br>**Respondent(s)** | 11 U.S.C. 362 |
| WILLIAM C. MILLER<br>**Trustee** | |

### ORDER MODIFYING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

Upon the motion of American Honda Finance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property ;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's in rem rights in the personal property described as a **2013 Honda Pilot** bearing vehicle identification number 5FNYF4H55DB005405 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: 10/11/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**