IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Nadia Darbouze                     : CHAPTER 13
                                          :
    Debtor,                               : CASE NO. 13-19415

## ORDER

It is hereby **ORDERED** that:                    [Supplemental]

   AND Now, upon consideration of the Application for ~~C~~ompensation ("the Application") filed by the Debtors counsel ("the Applicant") and upon the Applicants certification that proper service has been made on all interested parties and upon the Applicant certification of no response.

1. The Application is **GRANTED**.          [Supplemental Compensation]
2. ~~Compensation~~ is **ALLOWED** in favor of the Applicant in the amount of $840.00.

3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

Date: 10/10/17

_____
Bankruptcy Judge
**ERIC L. FRANK**

~~William C. Miller, Chapter 13 Trustee~~
~~1234 Market Street, Suite 18-341~~
~~Philadelphia, PA 19107~~

~~Office of US Trustee~~
~~Suite 500~~
~~833 Chestnut Street~~
~~Philadelphia, PA 19107~~

~~Nadia Darbouze~~
~~267 B. Shawmount Ave~~
~~Philadelphia, PA 19128~~

~~{00288998;v1}~~