United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                   Case No. 13-19415-elf
Nadia Darbouze                                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Virginia            Page 1 of 2              Date Rcvd: Oct 11, 2017
                                Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2017.
db            +Nadia Darbouze,    267 B Shawmont Ave,    Philadelphia, PA 19128-4208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    PHH Mortgage Corporation, Et al. paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com
              D. TROY SELLARS    on behalf of Creditor    PHH Mortgage Corporation f/k/a Coldwell Banker Mortgage
               D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Creditor    PHH MORTGAGE CORPORATION D/B/A COLDWELL BANKER MORTGAGE
               D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Creditor    PHH Mortgage Corporation D.Troy.Sellars@usdoj.gov
              ELLIOT H BERTON    on behalf of Creditor    Green Tree Run Condominium Association
               eberton@suglaw.com
              ELLIOT H BERTON    on behalf of Plaintiff    Green Tree Run Condominium One Association
               eberton@suglaw.com
              ELLIOT H BERTON    on behalf of Defendant    Green Tree Run Condominium eberton@suglaw.com
              ELLIOT H BERTON    on behalf of Counter-Defendant    Green Tree Run Condominium One Association
               eberton@suglaw.com
              GEORGETTE   MILLER    on behalf of Defendant Nadia  Darbouze info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              GEORGETTE   MILLER    on behalf of Plaintiff Nadia  Darbouze info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              GEORGETTE   MILLER    on behalf of Debtor Nadia  Darbouze info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor    PHH Mortgage Corporation, Et al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    PHH MORTGAGE CORPORATION D/B/A COLDWELL BANKER MORTGAGE
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, NA as Trustee for Wamu Mortgage
               Pass through Certificates Series 2005-PR2 Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KARINA   VELTER    on behalf of Creditor    Wells Fargo Bank, NA amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    Wells Fargo Bank, NA amps@manleydeas.com
              MICHELE L. WECKERLY    on behalf of Counter-Defendant    Green Tree Run Condominium One Association
               MWeckerly@srstlaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              RONALD LEE DAUGHERTY    on behalf of Counter-Defendant    Green Tree Run Condominium One
               Association rdaugherty@srstlaw.com
              THOMAS I. PULEO    on behalf of Creditor    Wells Fargo Bank, NA as Trustee for Wamu Mortgage Pass
               through Certificates Series 2005-PR2 Trust tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com

```
District/off: 0313-2          User: Virginia             Page 2 of 2                  Date Rcvd: Oct 11, 2017
                              Form ID: pdf900            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation
        ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                      TOTAL: 26

Case 13-19415-elf    Doc 141    Filed 10/13/17    Entered 10/14/17 01:12:37    Desc
Imaged Certificate of Notice    Page 2 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Nadia Darbouze                  : CHAPTER 13
                                       :
    Debtor,                            : CASE NO. 13-19415

## ORDER

It is hereby **ORDERED** that:                    [Supplemental]

   **AND Now,** upon consideration of the Application for Supplemental Compensation ("the Application") filed by the Debtors counsel ("the Applicant") and upon the Applicants certification that proper service has been made on all interested parties and upon the Applicant certification of no response.

1. The Application is **GRANTED**.
2. ~~Compensation~~ Supplemental Compensation is **ALLOWED** in favor of the Applicant in the amount of $840.00.

3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

Date: 10/10/17

_____
Bankruptcy Judge
**ERIC L. FRANK**

~~William C. Miller, Chapter 13 Trustee~~
~~1234 Market Street, Suite 18-341~~
~~Philadelphia, PA 19107~~

~~Office of US Trustee~~
~~Suite 500~~
~~833 Chestnut Street~~
~~Philadelphia, PA 19107~~

~~Nadia Darbouze~~
~~267 B. Shawmount Ave~~
~~Philadelphia, PA 19128~~

{00288998;v1}