United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-19415-elf
Nadia Darbouze                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 3            Date Rcvd: Dec 20, 2017
                              Form ID: 138NEW          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.
```
db         +Nadia Darbouze,    267 B Shawmont Ave,    Philadelphia, PA 19128-4208
cr         +Green Tree Run Condominium Association,    c/o Elliot H. Berton, Esquire,
             Steven L. Sugarman & Associates,    1273 Lancaster Avenue,    Berwyn, PA 19312-1244
13178517   +AR Resouces, Inc,   PO Box 1056,    Blue Bell, PA 19422-0287
13178518   +BYL Collection Services, LLC,    301 Lacy Street,    West Chester, PA 19382-3727
13178521   +City of Philadelphia,    Code Violation Enforecement Division,    PO Box 56318,
             Philadelphia, PA 19130-6318
13178523    Department of Treasury IRS,    Lansdowne, PA 19050
13226915    ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13342232   +Green Tree Run Condo Association,    300 Shawmont Ave,    Philadelphia, PA 19128-4233
13351374   +Green Tree Run Condominium One Association,    c/o CAMCO Management Company,
             120 Bethlehem Pike,    Fort Washington, PA 19034-1216
13191174   +PHH Mortgage Corp.,    c/o Joseph P. Schalk, Esq.,    Phelan Hallinan LLP,
             1617 JFK Blvd., Ste. 1400,    One Penn Ctr. Plaza,    Phila., PA 19103-1823
13194242   +PHH Mortgage Corporation, D/B/A Coldwell et.al.,     PHH Mortgage Corporation,
             2001 Bishops Gate Blvd,    Mount Laurel, NJ 08054-4604
13191094   +PHH Mortgage Corporation, Et al.,    PHH Mortgage Corporation,    2001 Bishops Gate Boulevard,
             Mount Laurel, NJ 08054-4604
13178525    Peco,   2301 Market Street,    PO Box 13778,    Philadelphia, PA 19101-3778
13178527   +Water Revenue Bureau,    1401 JFK Boulevard,    Philadelphia, PA 19102-1663
13188980   +Wells Fargo Bank NA,    c/o Joshua L. Goldman, Esq.,    KML Law Group PC,
             701 Market St., Ste. 5000,    Phila., PA 19106-1541
13839174   +Wells Fargo Bank NA,    c/o Thomas Puleo, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
             Phila., PA 19106-1541
13223784   +Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,    MAC#D3347-014,    3476 Stateview Blvd.,
             Fort Mill, SC 29715-7203
13582266    Wells Fargo Bank, N.A.,    c/o Kimberly A. Bonner, Esq.,    Manley Deas Kochalski LLC,
             PO Box 165028,    Columbus, OH 43216-5028
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Dec 21 2017 01:44:06     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2017 01:42:56
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2017 01:43:58      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 21 2017 01:43:43
             American Honda Finance Corporation,    3625 W. Royal Lane, Suite 200,    Irving, TX  75063,
             UNITED STATES
cr          E-mail/Text: bankruptcy@phila.gov Dec 21 2017 01:44:06     City of Philadelphia,
             Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
             5th Floor, Municipal Services Bldg,    Philadelphia, PA   19102
13192710    E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 21 2017 01:43:43
             American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
             Irving, TX 75016-8088,    866-716-6441
13277310    E-mail/Text: bankruptcy@phila.gov Dec 21 2017 01:44:06     City of Philadelphia Law Department,
             Tax Unit - Bankruptcy,    Municipal Services Building,    1401 John F. Kennedy Blvd., 5th Floor,
             Philadelphia, PA 19102-1595
13178520   +E-mail/Text: equiles@philapark.org Dec 21 2017 01:44:51     City of Philadelphia,
             Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
13178519   +E-mail/Text: equiles@philapark.org Dec 21 2017 01:44:51     City of Philadelphia,
             PO Box 41818,    Philadelphia, PA 19101-1818
13225860   +E-mail/Text: bankruptcygroup@peco-energy.com Dec 21 2017 01:42:43      PECO Energy Company,
             Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13243287    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2017 01:51:29
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13313023   +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2017 01:39:55
             PYOD, LLC its successors and assigns as assignee,    of Citibank (South Dakota), N.A.,
             Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 12
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              JPMORGAN CHASE BANK, NA
13178522*      ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,   MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F KENNEDY BLVD 5TH FLOOR,   PHILADELPHIA PA 19102-1617
                (address filed with court: Department of Revenue,    PO BOX 1630,    Philadelphia, PA 19105-1630)
```

```
District/off: 0313-2          User: Randi                  Page 2 of 3                   Date Rcvd: Dec 20, 2017
                              Form ID: 138NEW              Total Noticed: 30

13178524       ##+Mona M. Shangold, M.D., P.C.,    1601 Walnut St.,    Suite 1200,    Philadelphia, PA 19102-2908
13178526       ##+Philadelphia Parking Authority,    2467 Grant Avenue,    Philadelphia, PA 19114-1004
13191868       ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                          TOTALS: 1, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
```
              ANDREW   SPIVACK     on behalf of Creditor    PHH Mortgage Corporation, Et al. paeb@fedphe.com
              ANDREW   SPIVACK     on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com
              D. TROY SELLARS    on behalf of Creditor    PHH Mortgage Corporation D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Creditor    PHH Mortgage Corporation f/k/a Coldwell Banker Mortgage
               D.Troy.Sellars@usdoj.gov
              D. TROY SELLARS    on behalf of Creditor    PHH MORTGAGE CORPORATION D/B/A COLDWELL BANKER MORTGAGE
               D.Troy.Sellars@usdoj.gov
              ELLIOT H BERTON    on behalf of Defendant    Green Tree Run Condominium eberton@suglaw.com
              ELLIOT H BERTON    on behalf of Counter-Defendant    Green Tree Run Condominium One Association
               eberton@suglaw.com
              ELLIOT H BERTON    on behalf of Creditor    Green Tree Run Condominium Association
               eberton@suglaw.com
              ELLIOT H BERTON    on behalf of Plaintiff    Green Tree Run Condominium One Association
               eberton@suglaw.com
              GEORGETTE   MILLER     on behalf of Debtor Nadia   Darbouze info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              GEORGETTE   MILLER     on behalf of Defendant Nadia   Darbouze info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              GEORGETTE   MILLER     on behalf of Plaintiff Nadia   Darbouze info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor    PHH Mortgage Corporation, Et al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    PHH MORTGAGE CORPORATION D/B/A COLDWELL BANKER MORTGAGE
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE     on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    Wells Fargo Bank, NA as Trustee for Wamu Mortgage
               Pass through Certificates Series 2005-PR2 Trust bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KARINA   VELTER     on behalf of Creditor    Wells Fargo Bank, NA amps@manleydeas.com
              KIMBERLY A. BONNER     on behalf of Creditor    Wells Fargo Bank, NA amps@manleydeas.com
              MICHELE L. WECKERLY     on behalf of Counter-Defendant    Green Tree Run Condominium One Association
               MWeckerly@srstlaw.com
              PAMELA ELCHERT THURMOND     on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              RONALD LEE DAUGHERTY     on behalf of Counter-Defendant    Green Tree Run Condominium One
               Association rdaugherty@srstlaw.com
              THOMAS I. PULEO    on behalf of Creditor    Wells Fargo Bank, NA as Trustee for Wamu Mortgage Pass
               through Certificates Series 2005-PR2 Trust tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

```
District/off: 0313-2          User: Randi              Page 3 of 3              Date Rcvd: Dec 20, 2017
                              Form ID: 138NEW          Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 26

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Nadia Darbouze
        Debtor(s)                                      Bankruptcy No: 13−19415−elf

                                                                        Chapter: 13
_____

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

                                              For The Court

                                              Timothy B. McGrath
                                              Clerk of Court

Dated: 12/20/17

                                                                                                  143 − 142
                                                                                             Form 138_new