United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 13-19415-elf
Nadia Darbouze                                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 2    Date Rcvd: Jan 25, 2018
                Form ID: 212    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2018.
db           +Nadia Darbouze,    267 B Shawmont Ave,    Philadelphia, PA 19128-4208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2018 at the address(es) listed below:
        ANDREW   SPIVACK    on behalf of Creditor    PHH Mortgage Corporation, Et al. paeb@fedphe.com
        ANDREW   SPIVACK    on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com
        D. TROY SELLARS    on behalf of Creditor    PHH Mortgage Corporation f/k/a Coldwell Banker Mortgage D.Troy.Sellars@usdoj.gov
        D. TROY SELLARS    on behalf of Creditor    PHH MORTGAGE CORPORATION D/B/A COLDWELL BANKER MORTGAGE D.Troy.Sellars@usdoj.gov
        D. TROY SELLARS    on behalf of Creditor    PHH Mortgage Corporation D.Troy.Sellars@usdoj.gov
        ELLIOT H BERTON    on behalf of Creditor    Green Tree Run Condominium Association eberton@suglaw.com
        ELLIOT H BERTON    on behalf of Plaintiff    Green Tree Run Condominium One Association eberton@suglaw.com
        ELLIOT H BERTON    on behalf of Defendant    Green Tree Run Condominium eberton@suglaw.com
        ELLIOT H BERTON    on behalf of Counter-Defendant    Green Tree Run Condominium One Association eberton@suglaw.com
        GEORGETTE   MILLER    on behalf of Defendant Nadia  Darbouze info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;r50524@notify.bestcase.com
        GEORGETTE   MILLER    on behalf of Plaintiff Nadia  Darbouze info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;r50524@notify.bestcase.com
        GEORGETTE   MILLER    on behalf of Debtor Nadia  Darbouze info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;r50524@notify.bestcase.com
        JEROME B. BLANK    on behalf of Creditor    PHH Mortgage Corporation, Et al. paeb@fedphe.com
        JEROME B. BLANK    on behalf of Creditor    PHH MORTGAGE CORPORATION D/B/A COLDWELL BANKER MORTGAGE paeb@fedphe.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, NA as Trustee for Wamu Mortgage Pass through Certificates Series 2005-PR2 Trust bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
        KARINA   VELTER    on behalf of Creditor    Wells Fargo Bank, NA amps@manleydeas.com
        KIMBERLY A. BONNER    on behalf of Creditor    Wells Fargo Bank, NA amps@manleydeas.com
        MICHELE L. WECKERLY    on behalf of Counter-Defendant    Green Tree Run Condominium One Association MWeckerly@srstlaw.com
        PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, james.feighan@phila.gov
        RONALD LEE DAUGHERTY    on behalf of Counter-Defendant    Green Tree Run Condominium One Association rdaugherty@srstlaw.com
        THOMAS I. PULEO    on behalf of Creditor    Wells Fargo Bank, NA as Trustee for Wamu Mortgage Pass through Certificates Series 2005-PR2 Trust tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

```
District/off: 0313-2           User: Randi              Page 2 of 2             Date Rcvd: Jan 25, 2018
                               Form ID: 212             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation
        ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
        TOTAL: 26

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Chapter: 13

    Nadia Darbouze

Debtor(s)  Case No: 13−19415−elf

___

*ORDER*

    AND NOW, 1/25/18 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

    For The Court

    Eric L. Frank

    Chief Judge ,United States Bankruptcy Court