United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                          Case No. 13-19415-elf
Nadia Darbouze                                  Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: admin          Page 1 of 2          Date Rcvd: Feb 09, 2018
                              Form ID: 3180W        Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2018.

```
db            +Nadia Darbouze,    267 B Shawmont Ave,    Philadelphia, PA 19128-4208
13342232      +Green Tree Run Condo Association,    300 Shawmont Ave,    Philadelphia, PA 19128-4233
13351374      +Green Tree Run Condominium One Association,    c/o CAMCO Management Company,
               120 Bethlehem Pike,    Fort Washington, PA 19034-1216
13194242      +PHH Mortgage Corporation, D/B/A Coldwell et.al.,    PHH Mortgage Corporation,
               2001 Bishops Gate Blvd,    Mount Laurel, NJ 08054-4604
13191094      +PHH Mortgage Corporation, Et al.,    PHH Mortgage Corporation,    2001 Bishops Gate Boulevard,
               Mount Laurel, NJ 08054-4604
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: bankruptcy@phila.gov Feb 10 2018 01:36:02     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 10 2018 01:35:27
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 10 2018 01:35:50     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13192710       EDI: HNDA.COM Feb 10 2018 01:28:00     American Honda Finance Corporation,
               National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088,    866-716-6441
13277310       E-mail/Text: bankruptcy@phila.gov Feb 10 2018 01:36:02     City of Philadelphia Law Department,
               Tax Unit - Bankruptcy,    Municipal Services Building,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA 19102-1595
13226915       EDI: ECMC.COM Feb 10 2018 01:28:00     ECMC,    P.O. BOX 16408,    ST. PAUL, MN  55116-0408
13225860      +E-mail/Text: bankruptcygroup@peco-energy.com Feb 10 2018 01:35:01     PECO Energy Company,
               Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13243287       EDI: PRA.COM Feb 10 2018 01:28:00     Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk VA 23541
13313023      +EDI: RESURGENT.COM Feb 10 2018 01:28:00     PYOD, LLC its successors and assigns as assignee,
               of Citibank (South Dakota), N.A.,    Resurgent Capital Services,    PO Box 19008,
               Greenville, SC 29602-9008
13223784      +EDI: WFFC.COM Feb 10 2018 01:28:00     Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,
               MAC#D3347-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
                                                                           TOTAL: 10
```

```
       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13191868      ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2018 at the address(es) listed below:

```
    ANDREW  SPIVACK   on behalf of Creditor    PHH Mortgage Corporation, Et al. paeb@fedphe.com
    ANDREW  SPIVACK   on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com
    D. TROY SELLARS   on behalf of Creditor    PHH Mortgage Corporation D.Troy.Sellars@usdoj.gov
    D. TROY SELLARS   on behalf of Creditor    PHH Mortgage Corporation f/k/a Coldwell Banker Mortgage
     D.Troy.Sellars@usdoj.gov
    D. TROY SELLARS   on behalf of Creditor    PHH MORTGAGE CORPORATION D/B/A COLDWELL BANKER MORTGAGE
     D.Troy.Sellars@usdoj.gov
```

District/off: 0313-2          User: admin              Page 2 of 2             Date Rcvd: Feb 09, 2018
                             Form ID: 3180W            Total Noticed: 15

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          ELLIOT H BERTON    on behalf of Defendant    Green Tree Run Condominium eberton@suglaw.com
          ELLIOT H BERTON    on behalf of Counter-Defendant    Green Tree Run Condominium One Association
          eberton@suglaw.com
          ELLIOT H BERTON    on behalf of Creditor    Green Tree Run Condominium Association
          eberton@suglaw.com
          ELLIOT H BERTON    on behalf of Plaintiff    Green Tree Run Condominium One Association
          eberton@suglaw.com
          GEORGETTE  MILLER    on behalf of Debtor Nadia  Darbouze info@georgettemillerlaw.com,
          georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
          rlaw.com;r50524@notify.bestcase.com
          GEORGETTE  MILLER    on behalf of Defendant Nadia  Darbouze info@georgettemillerlaw.com,
          georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
          rlaw.com;r50524@notify.bestcase.com
          GEORGETTE  MILLER    on behalf of Plaintiff Nadia  Darbouze info@georgettemillerlaw.com,
          georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
          rlaw.com;r50524@notify.bestcase.com
          JEROME B. BLANK    on behalf of Creditor    PHH Mortgage Corporation, Et al. paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    PHH MORTGAGE CORPORATION D/B/A COLDWELL BANKER MORTGAGE
          paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    PHH Mortgage Corporation paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, NA as Trustee for Wamu Mortgage
          Pass through Certificates Series 2005-PR2 Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          KARINA  VELTER    on behalf of Creditor    Wells Fargo Bank, NA amps@manleydeas.com
          KIMBERLY A. BONNER    on behalf of Creditor    Wells Fargo Bank, NA amps@manleydeas.com
          MICHELE L. WECKERLY    on behalf of Counter-Defendant    Green Tree Run Condominium One Association
          MWeckerly@srstlaw.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
          james.feighan@phila.gov
          RONALD LEE DAUGHERTY    on behalf of Counter-Defendant    Green Tree Run Condominium One
          Association rdaugherty@srstlaw.com
          THOMAS I. PULEO    on behalf of Creditor    Wells Fargo Bank, NA as Trustee for Wamu Mortgage Pass
          through Certificates Series 2005-PR2 Trust tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation
          ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                           TOTAL: 26

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Nadia Darbouze** | Social Security number or ITIN **xxx–xx–2160** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number:  **13–19415–elf** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nadia Darbouze

2/8/18

By the court:    Eric L. Frank
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**